1/28
CH

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## FORT POLK DIVISION

THE UNITED STATES OF AMERICA
v.

MAGISTRATE NUMBER:
7:15-po-00097-KK
CVB NUMBER: WL 1  4506701

James W. Parker
1523 Litchfield Avenue
Gadsden, AL 35903

## NOTICE TO APPEAR

************************************************************************

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:
************************************************************************

PLACE:  UNITED STATES DISTRICT COURT
STAFF JUDGE ADVOCATE COURTROOM
BUILDING #1946, 15TH STREET
FORT POLK, LA  71459
PLEASE DIRECT ALL QUESTIONS OR INQUIRIES PRIOR COURT TO
THE MAGISTRATE COURT CLERK AT (337) 531-6143
************************************************************************

**date and time:**  MAY   11,    2015  @    8 a.m.
************************************************************************

**Type of proceeding:**   ( X )ARRAIGNMENT       ( ) TRIAL
************************************************************************

Kathleen Kay, United States Magistrate Judge
By:   Clarice Hovdet, Court Clerk, Paralegal Specialist

*ALL PERSONS PRESENT IN A COURTROOM MUST DRESS AND CONDUCT THEMSELVES IN A MANNER DEMONSTRATING RESPECT FOR THE COURT.
*NO CELL PHONES, CHILDREN, CHEWING GUM, FOOD, DRINK, ARE ALLOWED IN THE COURTROOM.

CURRENT ADDRESS _____

PHONE NUMBER _____

_____     _____
(signature)                                                              (date)

***FAILURE TO APPEAR MAY RESULT IN A WARRANT BEING ISSUED FOR YOUR ARREST!***